UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE LUIS AURELIO PINZON, et al.,

                    Plaintiff,                    20-CV-6156 (PAE)(SN)

    -against-                          **ORDER**

168 8th AVENUE FOOD CORP., et al.,

                    Defendant.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    This case was referred to my docket for general pretrial supervision on August 7, 2020. According to the docket, service was executed upon the defendants on August 10, 2020, and defendants' answers were due August 31, 2020. To date, neither defendant has appeared.

    Plaintiff is therefore ORDERED to move for default or otherwise inform the Court how he intends to proceed with the prosecution of this case by no later than September 18, 2020.

**SO ORDERED.**

                                                                _____
                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:     September 14, 2020
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2020